**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE:   Lucas S. Tipton  
          Lesley A. Tipton  
          Debtors

Case Number:   17-52356

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 3/5/2018, Court Doc. # 19

    A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

    THE PLAN IS CONFIRMED.

    The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

    The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

    Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Lucas S. Tipton  
Lesley A. Tipton  
109 Waterside Dr  
Georgetown, KY  40324-8518

JOHNSON, ELIZABETH C  
Served Electronically Via ECF

SYNCHRONY BANK  
% PRA RECEIVABLES MANAGEMENT LLC  
P O BOX 41021  
NORFOLK, VA  23541

STIERLE AND RETTIG PLLC  
VIA ECF  
,

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**  
*Gregory R. Schaaf*  
**Bankruptcy Judge**  
**Dated: Wednesday, March 14, 2018**  
(grs)