UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE: LUCAS TIPTON                                    CASE NO. 17-52356
      LESLEY TIPTON

DEBTORS                                                CHAPTER 13

## ORDER

This matter having come on before the Court on Motion to Modify Chapter 13 Plan, post confirmation; the Court having reviewed the record,

IT IS HEREBY ORDERED that the Motion is sustained and the proposed Chapter 13 Plan dated December 14, 2018 shall be confirmed.

Copies to:

AUST
Chapter 13 Trustee
Elizabeth C. Johnson

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Tuesday, January 29, 2019**
(grs)