UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE: LUCAS TIPTON  CASE NO. 17-52356
LESLEY TIPTON

DEBTORS  CHAPTER 13

### ORDER

This matter having come on before the Court on Motion to Modify Chapter 13 Plan, post confirmation; the Court having reviewed the record,

IT IS HEREBY ORDERED that the Motion is sustained and the proposed Chapter 13 Plan dated April 22, 2019 shall be confirmed.

Copies to:

AUST
Chapter 13 Trustee
Elizabeth C. Johnson

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, May 17, 2019**
(grs)